**<u>Exhibit A</u>**

**Organizational Chart**

# AgileThought – Org Chart

- **Public Company Shareholders**
  - **Agilethought Inc (US) (fka AN Global Inc) 1100 SAP ECC 2000 SAP S4H**
    - 99% → **AN Global LLC (US) - 2050**
    - 1% → AN Global LLC (also connects to Agilethought, S.A.P.I. de C.V)
    - **IT Global Holding LLC (US) - 2060**

## Subsidiaries under the structure

- 100% → **Tarnow Investment SL (Spain) - 5200** → Subsidiaries (DWF, AJH, RSV)
- 0.01% / 99.99% → **AgileThought México SA de CV (antes AN Digital) (MX) 1800**
  - +7% / 92.27% / −1% → **Anzen Soluciones SA de CV (MX) 1801**
- **Agilethought, S.A.P.I. de C.V**
- 100% → **QMX INVESTMENT HOLDINGS USA INC (US) - 2200**
  - **AN Data Intelligence SA de CV (MX) 1820**
  - **AN Extend SA de CV (MX) 1810**
  - **AN UX SA de CV (MX) 1830**
  - 99.99% / 100% → **AGS ALPAMA GLOBAL SERVICES USA LLC (US) - 2250**
- 99.99% / 0.01% → **AN EVOLUTION SRL DE CV (MX)**
- 99.99% / 0.01% → **AgileThought Digital Solutions SAPI de CV (MX) 1200**
  - 100% → **Entrepids Technology Inc (US) 2600**
    - 99.99% / 0.01% → **Entrepids México SA de CV (MX) 1870**
  - 99% / 0.01% → Subsidiaries
  - 99.99% → **AGS Alpama Global Services México SA de CV (MX) 1600**
- 99.9% / 0.05% → **Faktos Inc SAPI de CV (MX) 1860**
- 0.05% → **Facultas Analytics SAPI de CV (MX) 1850**
- **Agile-Thought LLC (US)**
- **4th Source Holding Corp (US) 2400**
  - **4th Source LLC (US) - 2300**
    - **4th Source México LLC (US)**
      - 99.99% / 0.01% → **Cuarto Origen S de RL de CV (MX) 1880**

# AgileThought Digital Solutions SAPI de CV Subsidiaries




## Tarnow Investment SL Subsidiaries


