**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of Near Intelligence, Inc. et al., Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. Pro. No. 25-52298 (TMH) |

**<u>DECLARATION OF ROBERT F. REGAN</u>**

I, Robert F. Regan, hereby depose and state as follows:

1.      I am of counsel to Meyer, Suozzi, English & Klein, P.C. ("MSEK"), located at 990 Stewart Avenue, Suite 300, Garden City, New York, 11558. I am admitted and in good standing as a member of the Bars of the States of New York and Connecticut, and have applied to be admitted *pro hac vice* before this Court in the above-captioned matter.

2.      MSEK represents defendant MobileFuse LLC ("MobileFuse") in connection with this matter, and I am duly authorized to make this declaration on behalf of MobileFuse.

3.      I make this declaration in support of MobileFuse's *Motion to Dismiss the Amended Complaint* ("Motion").[2]

---

[1]    The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd.

[2]    Capitalized terms not otherwise defined in this declaration have the meanings given to them in the Motion.

1

4.      Attached hereto as **Exhibit A** is a true and correct copy of the November 18, 2025 Amended Complaint in this adversary proceeding.

5.      Attached hereto as **Exhibit B** is a true and correct copy of the March 24, 2020 Services Agreement between MobileFuse and Near that has been provided to me by MobileFuse.

6.      Attached hereto as **Exhibit C** is a true and correct copy of the Real Time Bidding Buyer Agreement between MobileFuse and Near that has been provided to me by MobileFuse.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  December 16, 2025
              Garden City, New York


/s/ Robert F. Regan
Robert F. Regan
990 Stewart Avenue, Suite 300
Garden City, New York, 11558
Telephone:  (516) 741-6565
rregan@msek.com

2