**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,* | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust, | |
| Plaintiff, vs. | Adv. No. 25-52298 (TMH) |
| MOBILEFUSE, LLC, | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
STIPULATION EXTENDING BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS**

The undersigned counsel for Drivetrain, LLC hereby certifies as follows:

1.      On September 4, 2025, Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al. (the "Plaintiff" or "Trustee") initiated the Adversary Proceeding by filing the *Complaint by Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust against MobileFuse, LLC* (the "Complaint") [Adv. D.I. 1] against defendant MobileFuse, LLC ("Defendant," and, together with Plaintiff, the "Parties").

2.      On September 5, 2025, a *Summons and Notice of Pretrial Conference Served on Defendant MobileFuse, LLC* (the "Summons") [Adv. D.I. 3] was filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

3. On November 5, 2025, Defendant filed a motion to dismiss the Complaint [Adv. D.I. 21].

4. On November 18, 2025, Plaintiff filed an amended complaint (the "Amended Complaint") [Adv. D.I. 24]. The Parties agreed that Defendant could have until December 16, 2025, to answer or otherwise respond to the Amended Complaint.

5. On December 16, 2025, Defendant filed a motion to dismiss the Amended Complaint (the "MTD") [Adv. D.I. 28].

6. The Plaintiff's deadline to respond to the MTD is currently December 30, 2025 (the "Response Deadline").

7. The Parties have agreed that the Plaintiff's Response Deadline to the MTD is extended to and including **January 13, 2026**. The Parties have further agreed that Defendant's deadline to file a reply in support of the MTD is extended and including **February 3, 2026.** The Parties have memorialized their agreement in the *Stipulation Extending Time for Plaintiff to Respond to Defendant's Motion to Dismiss* (the "Stipulation").

8. Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") approving the Stipulation. A copy of the Stipulation is attached to the Order as **Exhibit 1**.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: December 18, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
T: (302) 652-4100
F: (302) 652-4400
bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

-and-

REID COLLINS & TSAI LLP

Eric D. Madden (*pro hac vice*)
Brandon V. Lewis (*pro hac vice*)
Brian J. Bah (*pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Trustee*