**Exhibit A**

**Proposed Order**

4912-1459-8530.1 19286.00001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.,*<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,<br><br>        Plaintiff,<br>vs.<br><br>MOBILEFUSE, LLC,<br><br>        Defendant. | Adv. No. 25-52298 (TMH) |

**ORDER APPROVING
STIPULATION EXTENDING BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS**

Upon consideration of the *Stipulation Extending Briefing Deadlines for Defendant's Motion to Dismiss* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.      The Stipulation attached hereto as Exhibit 1 is APPROVED.

2.      Plaintiff's deadline to respond to Defendant's Motion to Dismiss [Adv. D.I. 28] is extended to, through and including **January 13, 2026**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

4912-1459-8530.1 19286.00001

3.     Defendant deadline to file a reply in support of Defendant's Motion to Dismiss is extended to, through and including **February 3, 2026**.

4.     The Court shall retain jurisdiction with respect to all matters arising from or related to this Order and Stipulation.

# **EXHIBIT 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.,*<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>MOBILEFUSE, LLC,<br><br>　　　　　　　Defendant. | Adv. No. 25-52298 (TMH) |

**STIPULATION EXTENDING BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS**

Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* (the "Plaintiff" or "Trustee") and MobileFuse, LLC ( "Defendant"), by and through their respective attorneys, hereby stipulate and agree as follows:

1.　　　Plaintiff's deadline to respond to Defendant's Motion to Dismiss [Adv. D.I. 28] is extended to, through and including January 13, 2026.

2.　　　Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss is extended to, through and including, February 3, 2026.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

Dated: December 18, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane* _____
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
T: (302) 652-4100
F: (302) 652-4400
bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

-and-

**REID COLLINS & TSAI LLP**

Eric D. Madden (*pro hac vice*)
Brandon V. Lewis *(pro hac vice*)
Brian J. Bah (*pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Trustee*

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner* _____
Frederick B. Rosner (DE 3995)
Chan (Cora) Dong (DE 7393)
824 North Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
        dong@teamrosner.com

-and-

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

Kevin Schlosser *(pro hac vice)*
James D. Garbus *(pro hac vice forthcoming)*
Robert F. Regan *(pro hac vice)*
Howard B. Kleinberg *(pro hac vice forthcoming)*
990 Stewart Avenue, Suite 300
Garden City, NY 11530
Tel: 516-592-5767
Email: kschlosser@msek.com
        jgarbus@msek.com
        hkleinberg@msek.com
        rregan@msek.com

*Counsel for Defendant*