# EXHIBIT 1

## Stipulation

4912-1459-8530.1 19286.00001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,* | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust, | |
| Plaintiff, | Adv. No. 25-52298 (TMH) |
| vs. | |
| MOBILEFUSE, LLC, | |
| Defendant. | |

**STIPULATION EXTENDING BRIEFING DEADLINES FOR
DEFENDANT'S MOTION TO DISMISS**

Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* (the "Plaintiff" or "Trustee") and MobileFuse, LLC ( "Defendant"), by and through their respective attorneys, hereby stipulate and agree as follows:

1.      Plaintiff's deadline to respond to Defendant's Motion to Dismiss [Adv. D.I. 28] is extended to, through and including January 13, 2026.

2.      Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss is extended to, through and including, February 3, 2026.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

Dated: December 18, 2025

| **PACHULSKI STANG ZIEHL & JONES LLP** | **THE ROSNER LAW GROUP LLC** |
|---|---|
| */s/ Peter J. Keane* _____ | */s/ Frederick B. Rosner* _____ |
| Bradford J. Sandler (DE Bar No. 4142) | Frederick B. Rosner (DE 3995) |
| Beth E. Levine (*pro hac vice*) | Chan (Cora) Dong (DE 7393) |
| Peter J. Keane (DE Bar No. 5503) | 824 North Market Street, Suite 810 |
| 919 N. Market Street, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 8705 | Tel: (302) 777-1111 |
| Wilmington, DE 19899-8705 (Courier 19801) | Email: rosner@teamrosner.com |
| T: (302) 652-4100 | dong@teamrosner.com |
| F: (302) 652-4400 | |
| bsandler@pszjlaw.com | -and- |
| blevine@pszjlaw.com | |
| pkeane@pszjlaw.com | **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.** |
| -and- | |
| | Kevin Schlosser (*pro hac vice*) |
| **REID COLLINS & TSAI LLP** | James D. Garbus (*pro hac vice forthcoming*) |
| | Robert F. Regan (*pro hac vice*) |
| Eric D. Madden (*pro hac vice*) | Howard B. Kleinberg (*pro hac vice forthcoming*) |
| Brandon V. Lewis (*pro hac vice*) | 990 Stewart Avenue, Suite 300 |
| Brian J. Bah (*pro hac vice*) | Garden City, NY 11530 |
| 1601 Elm Street, Suite 4200 | Tel: 516-592-5767 |
| Dallas, TX 75201 | Email: kschlosser@msek.com |
| T: (214) 420-8900 | jgarbus@msek.com |
| F: (214) 420-8909 | hkleinberg@msek.com |
| emadden@reidcollins.com | rregan@msek.com |
| blewis@reidcollins.com | |
| bbah@reidcollins.com | |
| | |
| *Counsel for the Trustee* | *Counsel for Defendant* |

4912-1459-8530.2 19286.00001