# **EXHIBIT 1**

**BUDGET**

10989125v.1

**AgileThought, Inc.**
13-Period DIP Cash Flow

| ($USD 000s) | | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Post Petition Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Starting | 8/28/2023 | 9/1/2023 | 9/11/2023 | 9/18/2023 | 9/25/2023 | 10/1/2023 | 10/9/2023 | 10/16/2023 | 10/23/2023 | 11/1/2023 | 11/6/2023 | 11/13/2023 | 11/20/2023 | 8/28/2023 |
| | Period Ending | 8/31/2023 | 9/10/2023 | 9/17/2023 | 9/24/2023 | 9/30/2023 | 10/8/2023 | 10/15/2023 | 10/22/2023 | 10/31/2023 | 11/5/2023 | 11/12/2023 | 11/19/2023 | 11/26/2023 | 11/26/2023 |
| Beginning Cash Balance | | $ 2,777 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,515 | $ 3,000 | $ 3,000 | $ 3,000 | $ 2,777 |
| Collections (Net Reserves) | | 2,629 | 1,771 | 2,145 | 2,239 | 4,801 | 932 | 2,661 | 3,205 | 5,820 | 724 | 1,806 | 2,485 | 2,270 | 33,488 |
| Payroll | | (2,340) | (1,750) | (2,565) | (3,615) | (3,269) | (1,236) | (3,777) | (1,688) | (3,709) | (846) | (1,295) | (5,164) | (1,396) | (32,650) |
| Accounts Payables (Vendors) | | (158) | (469) | (25) | (482) | (415) | (45) | (242) | (3) | (563) | (280) | (198) | (52) | (3) | (2,935) |
| Factorer | | - | (351) | - | - | (128) | (68) | - | - | (226) | - | - | - | (323) | (1,096) |
| Insurance | | (44) | - | - | - | (44) | - | - | - | (44) | - | - | - | - | (132) |
| Taxes | | - | (166) | (29) | (705) | - | (18) | (188) | (560) | (18) | (0) | (47) | (5) | (619) | (2,355) |
| FX Rate variation | | (42) | (163) | (114) | (114) | (98) | (72) | (63) | (63) | (81) | (56) | (78) | (78) | (78) | (1,101) |
| Operating Disbursements | | (2,585) | (2,899) | (2,733) | (4,916) | (3,953) | (1,439) | (4,270) | (2,314) | (4,641) | (1,182) | (1,619) | (5,299) | (2,419) | (40,269) |
| Net Cash Flow from Operations | | 44 | (1,128) | (588) | (2,677) | 848 | (507) | (1,610) | 891 | 1,179 | (458) | 188 | (2,813) | (149) | (6,781) |
| Restructuring Expenses | | (426) | (797) | (492) | (492) | (492) | (585) | (1,055) | (435) | (435) | (559) | (1,029) | (409) | (409) | (7,615) |
| Severance | | - | (715) | - | (357) | - | (9) | (13) | (19) | - | - | - | (1,283) | (2,396) |
| Other | | (100) | (268) | (250) | (641) | (160) | (70) | (70) | (70) | (70) | (70) | (70) | (70) | (70) | (1,979) |
| Walmart LC | | - | - | - | - | - | - | - | (872) | - | - | - | - | - | (872) |
| Critical Vendors | | (375) | (375) | (375) | (375) | - | - | - | - | - | - | - | - | - | (1,500) |
| OCP | | (73) | (60) | (69) | (68) | (91) | (60) | (142) | (111) | (140) | (108) | (58) | (99) | (58) | (1,136) |
| US Trustee Fees | | - | - | - | - | - | - | (208) | - | - | - | - | - | - | (208) |
| Financing (Disbursements) / Receipts | | (974) | (2,215) | (1,186) | (1,576) | (1,099) | (715) | (1,484) | (1,502) | (664) | (737) | (1,157) | (578) | (1,820) | (15,707) |
| Net Cash Flow | | (930) | (3,343) | (1,774) | (4,253) | (251) | (1,222) | (3,093) | (612) | 515 | (1,195) | (969) | (3,391) | (1,969) | (22,488) |
| Ending Cash Balance | | 1,847 | (343) | 1,226 | (1,253) | 2,749 | 1,778 | (93) | 2,388 | 3,515 | 2,320 | 2,031 | (391) | 1,031 | 1,031 |
| Use of DIP | | 1,153 | 3,343 | 1,774 | 4,253 | 251 | 1,222 | 3,093 | 612 | - | 680 | 969 | 3,391 | 1,969 | 22,711 |
| Revised Ending Cash Balance | | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,515 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| Proposed DIP Financing (Max DIP Draw) | | $ 22,711 | | | | | | | | | | | | | |