# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AN GLOBAL, LLC, *et al.*,[1] | Case No. 23-11294 (JKS) |
| Debtors. | (Jointly Administered) |

## *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 22, 2023 AT 11:00 A.M. (ET)[3]

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM FOR PARTICIPANTS MEETING THE BELOW CRITERIA:**

- Counsel for a party or a pro se litigant who files a responsive pleading and intends to make only a limited argument;
- A party or a representative of a party is interested in observing the hearing;
- A party is proceeding in a claims allowance dispute on a pro se basis;
- An individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or
- Other extenuating circumstances that warrant remote participation as may be determined by the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: AN Global LLC (5504); AgileThought, Inc. (2509); 4th Source Holding Corp. (9629); 4th Source Mexico, LLC (7552); 4th Source, LLC (7626); AgileThought Brasil-Consultoria Em Tecnologia LTDA (01-42); AgileThought Brasil Servicos de Consultoria Em Software (01-20); AgileThought Costa Rica S.A. (6822); AgileThought Digital Solutions, S.A.P.I. de C.V. (3KR0); AgileThought México S.A. de C.V. (7E46); AgileThought, LLC (7076); AgileThought Servicios Administrativos, S.A. de C.V. (4AG1); AgileThought Servicios México S.A. de C.V. (8MY5); AgileThought, S.A.P.I. de C.V. (No Tax ID); AGS Alpama Global Services USA, LLC (0487); AN Data Intelligence, S.A. de C.V. (8I73); AN Extend, S.A. de C.V. (1D80); AN Evolution, S. de R.L. de C.V. (7973); AN USA (5502); AN UX, S.A. de C.V. (7A42); Cuarto Origen, S. de R.L. de C.V. (0IQ9); Entrepids México, S.A. de C.V. (OCYA); Entrepids Technology Inc. (No Tax ID); Facultas Analytics, S.A.P.I. de C.V. (6G37); Faktos Inc., S.A.P.I. de C.V. (3LLA); IT Global Holding LLC (8776); and QMX Investment Holdings USA, Inc. (9707); AgileThought Argentina, S.A. (No Tax ID); AGS Alpama Global Services México, S.A. de C.V. (No Tax ID); and Tarnow Investment, S.L. (No Tax ID). The Debtors' headquarters are located at 222 W. Las Colinas Boulevard, Suite 1650E, Irving, Texas 75039.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: http://kccllc.net/AgileThought.

**PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED
TO REGISTER BY 4:00 P.M. (ET) THE DAY PRIOR TO THE HEARING.
PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdOCsqDgjGnAIj2_bWYhuofJbNT7M574

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ADJOURNED MATTER:**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 12 – filed August 28, 2023]

    Response/Objection Deadline: September 15, 2023 at 4:00 p.m. (ET); extended until September 19, 2023 at 6:00 p.m. (ET) for the United States Trustee for the District of Delaware (the "U.S. Trustee"); extended until September 20, 2023 at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee") and the Chubb Companies.

    Responses/Objections Received:

    A. Credit Suisse Mexico Credit Opportunities Fund's Reservation of Rights with Respect to Entry of Final DIP Order [Docket No. 103 – filed 9/15/2023]

    Related Documents:

    i. Declaration of James S. Feltman, Chief Restructuring Officer of the Debtors, in Support of First Day Relief [Docket No. 13 - filed August 28, 2023]

    ii. Declaration of James S. Feltman in Support of the Debtors' DIP Financing Motion [Docket No. 14 - filed August 28, 2023]

    iii. Notice of Filing Exhibits 1 and 2 to Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition 1L Secured Parties, (IV) Modifying the Automatic Stay, (V)

Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 20 – filed August 28, 2023]

    iv.    Notice of Filing of Revised Order Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 42 – filed August 29, 2023]

    v.    Certification of Counsel Regarding Revised Proposed Interim (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 64 – filed August 30, 2023]

    vi.    Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 65 – entered August 30, 2023]

    vii.    Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 71 – filed August 31, 2023]

    <u>Status</u>:    This matter is adjourned to the hearing scheduled for October 4, 2023 at 2:00 p.m.

**<u>MATTER GOING FORWARD</u>:**

2.    Debtors' Motion for Entry of: (I) an Order (A) Scheduling A Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Certain Bidding Procedures, Bidding Protections, and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (C) Authorizing the Debtors to Enter Into the Stalking Horse APA, and (D) Granting Related Relief; and (II) An Order (A) Approving Asset Purchase Agreement, (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (C) Authorizing the Assumption and Assignment of

3

Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 72 – filed September 1, 2023]

Response/Objection Deadline: September 15, 2023 at 4:00 p.m. (ET); extended until September 19, 2023 at 6:00 p.m. (ET) for the U.S. Trustee and the Committee.

Responses/Objections Received:

A. Objection of Cigna to Debtors Motion for Entry of: (I) an Order (A) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Certain Bidding Procedures, Bidding Protections, and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (C) Authorizing the Debtors to Enter into the Stalking Horse APA, and (D) Granting Related Relief; and (II) an Oder (A) Approving Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other than Assumed Liabilities and Permitted Encumbrances, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 101 – filed September 15, 2023]

B. Reservation of Rights of The Chubb Companies with Respect to the Debtors' Motion for Entry of: (I) an Order (A) Scheduling A Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Certain Bidding Procedures, Bidding Protections, and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (C) Authorizing The Debtors To Enter Into The Stalking Horse APA, and (D) Granting Related Relief; and (II) an Order (A) Approving Asset Purchase Agreement, (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [filed by Chubb Companies] [Docket No. 102 – filed September 15, 2023]

C. Limited Objection of the United States Trustee to Motion to Establish Bid Procedures [Docket No. 106 – filed September 19, 2023]

Related Documents:

i. Notice of Filing of Supplement to the Stalking Horse APA [Docket No. 100 – filed September 15, 2023]

ii. **Declaration of Stephen Preefer in Support of the Debtors' Motion for Entry of: (I) an Order (A) Scheduling A Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Certain Bidding Procedures, Bidding Protections, and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (C) Authorizing the Debtors to Enter Into the Stalking Horse APA, and (D) Granting Related Relief; and (II) An Order (A) Approving Asset Purchase Agreement, (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 111 - filed September 21, 2023]**

iii. **Notice of Filing of Revised Order Regarding Debtors' Motion For Entry of: (I) an Order (A) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Certain Bidding Procedures, Bidding Protections, and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (C) Authorizing the Debtors to Enter Into the Stalking Horse APA, and (D) Granting Related Relief; and (II) an Order (A) Approving Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 114 – filed September 21, 2023]**

**Status:** **This matter is going forward with respect to approval of the bidding procedures only. Approval of the Debtors' entry into the stalking horse asset purchase agreement shall be adjourned to the hearing scheduled for October 4, 2023 at 2:00 p.m. (ET) with objections due on or before September 27, 2023 at 4:00 p.m. (ET).**

Dated: September 21, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: jryan@potteranderson.com
gflasser@potteranderson.com
rmcneill@potteranderson.com
srizvi@potteranderson.com

and

Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
Elizabeth A. Beitler
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
E-mail: katie.coleman@hugheshubbard.com
chris.gartman@hugheshubbard.com
jeff.margolin@hugheshubbard.com
elizabeth.beitler@hugheshubbard.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

IMPAC 11067453v.1