**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| AN GLOBAL LLC, *et al.*,[1] | Case No. 23-11294 (JKS) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF JAMES S. FELTMAN IN SUPPORT
OF THE DEBTORS' DIP FINANCING MOTION**

Pursuant to 28 U.S.C. § 1746, I, James S. Feltman, hereby declare:

1.       I am the Chief Restructuring Officer ("CRO") of AN Global LLC and its affiliates that are debtors and debtors-in-possession in these proceedings (collectively, the "Debtors" or the "Company"). I am a Senior Managing Director of Teneo Capital LLC ("Teneo"), based in New York, New York. On March 31, 2023, the Debtors engaged Teneo to provide turnaround management services, and designated me as Chief Responsible Officer (now CRO) of the Debtors.

---

1.   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: AN Global LLC (5504); AgileThought, Inc. (2509); 4th Source Holding Corp. (9629); 4th Source Mexico, LLC (7552); 4th Source, LLC (7626); AgileThought Brasil-Consultoria Em Tecnologia LTDA (01-42); AgileThought Brasil Servicos de Consultoria Em Software (01-20); AgileThought Costa Rica S.A. (6822); AgileThought Digital Solutions, S.A.P.I. de C.V. (3KR0); AgileThought México S.A. de C.V. (7E46); AgileThought, LLC (7076); AgileThought Servicios Administrativos, S.A. de C.V. (4AG1); AgileThought Servicios México S.A. de C.V. (8MY5); AgileThought, S.A.P.I. de C.V. (No Tax ID); AGS Alpama Global Services USA, LLC (0487); AN Data Intelligence, S.A. de C.V. (8I73); AN Extend, S.A. de C.V. (1D80); AN Evolution, S. de R.L. de C.V. (7973); AN USA (5502); AN UX, S.A. de C.V. (7A42); Cuarto Origen, S. de R.L. de C.V. (0IQ9); Entrepids México, S.A. de C.V. (OCYA); Entrepids Technology Inc. (No Tax ID); Facultas Analytics, S.A.P.I. de C.V. (6G37); Faktos Inc., S.A.P.I. de C.V. (3LLA); IT Global Holding LLC (8776); and QMX Investment Holdings USA, Inc. (9707); AgileThought Argentina, S.A. (No Tax ID); AGS Alpama Global Services México, S.A. de C.V. (No Tax ID); and Tarnow Investment, S.L. (No Tax ID). The Debtors' headquarters are located at 222 W. Las Colinas Boulevard, Suite 1650E, Irving, Texas 75039.

2.      My experience in the restructuring industry spans over 30 years and encompasses a broad range of corporate recovery services, including engagements involving business workouts and turnarounds, operational restructuring, and fiduciary and related matters. Before joining Teneo in March 2023, I served as a Managing Director of Duff & Phelps LLC (now known as Kroll LLC).  In addition to this service, I have over two decades of experience with Big 4 accounting firms and I was previously a partner at Arthur Andersen LLP and KPMG LLP.  I am a fellow of the American College of Bankruptcy, a member of the American Institute of Certified Public Accountants and Florida Institute of Certified Public Accountants, and a Certified Public Accountant in the State of Florida.  From 2002-2008, I was a member of the board of directors of the American Bankruptcy Institute.

3.      I submit this supplemental declaration ("Supplemental Declaration") in further support of the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition 1L Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [D.I. 12] (the "DIP Financing Motion").[2]  I have reviewed the DIP Financing Motion, and it is my belief that the relief sought therein is essential to the uninterrupted operation of the Debtors' business and to the success of the Chapter 11 Cases (as defined in the DIP Financing Motion).  I am over the age of 18 and am authorized to submit this Declaration on behalf of the Debtors.

4.      Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, my review of relevant documents,

---

2.   Capitalized terms not defined herein shall have the meanings given to them in the DIP Financing Motion.

information provided to me by employees working under my supervision at Teneo, my discussions with the Debtors' senior management team, or my opinion based upon experience, knowledge and information concerning the operations of the Debtors.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.  Unless otherwise indicated, the financial information contained herein is unaudited and provided on a consolidated basis.

## **SUPPLEMENTAL DISCLOSURE**

5.      As noted in my August 28, 2023 declaration in support of the DIP Financing Motion [D.I. 14], the Debtors entered into prepetition credit facilities and an intercreditor agreement, which are further discussed below.

**I.      Prepetition 1L Credit Facility Documents**

6.      Attached as **Exhibit 1** is a true and correct copy of the Prepetition 1L Credit Facility financing agreement (the "Prepetition 1L Financing Agreement") by and among AgileThought, Inc. ("AgileThought" or "Holdings") and AN Global LLC ("AN Global" or "Borrower"), each subsidiary of Holdings listed as "Guarantor" on the signature pages thereto (together with each other Person that executes a joinder agreement and becomes a "Guarantor" thereunder, each a "Guarantor" and collectively, the "Guarantors"), the lenders from time to time party thereto (each a "Lender" and collectively, the "Lenders"), Blue Torch Finance LLC ("Blue Torch"), as collateral agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "Collateral Agent"), and Blue Torch, as administrative agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "Administrative Agent" and together with the Collateral Agent, each an "Agent" and collectively, the "Agents"), dated as of May 27, 2022.

7.      Attached as **Exhibit 2** is a true and correct copy of that certain pledge and security agreement to the Prepetition 1L Financing Agreement, dated as of May 27, 2022.

8.      Attached as **Exhibit 3** is a true and correct copy of that certain joinder agreement between AgileThought México, S.A. de C.V. ("AgileThought México") and Blue Torch, dated as of August 3, 2022.

9.      Attached as **Exhibit 4** is a true and correct copy of that certain Waiver and Amendment No. 1 to the Prepetition 1L Financing Agreement, dated as of August 10, 2022.

10.     Attached as **Exhibit 5** is a true and correct copy of that certain Amendment No. 2 to the Prepetition 1L Financing Agreement, dated as of November 1, 2022.

11.     Attached as **Exhibit 6** is a true and correct copy of that certain Waiver and Amendment No. 3 to the Prepetition 1L Financing Agreement, dated as of December 19, 2022.

12.     Attached as **Exhibit 7** is a true and correct copy of the pledge agreement entered into and between AgileThought Digital Solutions, S.A.P.I. de C.V., as pledgor, and Blue Torch, as pledgee (the "AgileThought Digital Solutions Pledge Agreement"), dated as of January 6, 2023.

13.     Attached as **Exhibit 8** is a true and correct copy of the pledge agreement entered into and between Holdings, IT Global Holding LLC, QMX Investment Holding USA, Inc., Entrepids Technology Inc., 4th Source Mexico, LLC, and 4th Source, LLC, as pledgors, and Blue Torch, as pledgee (the "Share and Equity Interest Pledge Agreement"), dated as of January 6, 2023.

14.     Attached as **Exhibit 9** is a true and correct copy of that certain Amendment No. 4 to the Prepetition 1L Financing Agreement, dated as of March 7, 2023.

15.     Attached as **Exhibit 10** is a true and correct copy of that certain Amendment No. 4 supplemental agreement letter to the Prepetition 1L Financing Agreement, dated as of March 9, 2023.

16.     Attached as **Exhibit 11** is a true and correct copy of that certain forbearance agreement to the Prepetition 1L Financing Agreement (the "Prepetition 1L Forbearance Agreement"), dated as of April 18, 2023.

17.     Attached as **Exhibit 12** is a true and correct copy of that certain security agreement supplement to the Prepetition 1L Financing Agreement, dated as of April 19, 2023.

18.     Attached as **Exhibit 13** is a true and correct copy of that certain Amendment No. 5 to the Prepetition 1L Financing Agreement, dated as of April 20, 2023.

19.     Attached as **Exhibit 14** is a true and correct copy of that certain first amendment to the Prepetition 1L Forbearance Agreement, dated as of May 14, 2023.

20.     Attached as **Exhibit 15** is a true and correct copy of that certain second amendment to the Prepetition 1L Forbearance Agreement, dated as of May 19, 2023.

21.     Attached as **Exhibit 16** is a true and correct copy of that certain Amendment No. 6 to the Prepetition 1L Financing Agreement, dated as of July 17, 2023.

22.     Attached as **Exhibit 17** is a true and correct copy of that certain first amendment to the AgileThought Digital Solutions Pledge Agreement, dated as of August 4, 2023.

23.     Attached as **Exhibit 18** is a true and correct copy of that certain first amendment to the Share and Equity Interest Pledge Agreement, dated as of August 4, 2023.

24.     Attached as **Exhibit 19** is a true and correct copy of that certain second amendment to the AgileThought Digital Solutions Pledge Agreement, dated as of August 18, 2023.

25.     Attached as **Exhibit 20** is a true and correct copy of that certain second amendment to the Share and Equity Interest Pledge Agreement, dated as of August 18, 2023.

26.     Attached as **Exhibit 21** is a true and correct copy of that certain Amendment No. 7 to the Prepetition 1L Financing Agreement, dated as of August 18, 2023.

**II.     Prepetition 2L Credit Facility Documents**

27.     Attached as **Exhibit 22** is a true and correct copy of the Prepetition 2L Credit Facility financing agreement by and among Holdings and AgileThought México, as borrowers, AN Global LLC, as intermediate holdings, various financial institutions party thereto, as lenders, GLAS USA LLC, as administrative agent, and GLAS Americas LLC, as collateral agent (the "Prepetition 2L Financing Agreement"), dated as of November 22, 2021.

28.     Attached as **Exhibit 23** is a true and correct copy of that certain Amendment No. 1 to the Prepetition 2L Financing Agreement, dated as of December 9, 2021.

29.     Attached as **Exhibit 24** is a true and correct copy of the guaranty and collateral agreement (the "Guaranty and Collateral Agreement") by and among IT Global Holding LLC, 4th Source, LLC, AN Global LLC, and each of their affiliates party thereto, as grantors, GLAS USA LLC, as administrative agent, and GLAS AMERICAS LLC, as collateral agent, dated as of January 28, 2022.

30.     Attached as **Exhibit 25** is a true and correct copy of that certain Amendment No. 2 to the Prepetition 2L Financing Agreement, dated as of March 30, 2022.

31.     Attached as **Exhibit 26** is a true and correct copy of that certain Amendment No. 3 to the Prepetition 2L Financing Agreement, dated as of May 27, 2022.

32. Attached as **<u>Exhibit 27</u>** is a true and correct copy of that certain amended and restated guaranty and collateral agreement to the Prepetition 2L Financing Agreement, dated as of May 27, 2022.

33. Attached as **<u>Exhibit 28</u>** is a true and correct copy of that certain Amendment No. 4 to the Prepetition 2L Financing Agreement, dated as of August 10, 2022.

34. Attached as **<u>Exhibit 29</u>** is a true and correct copy of that certain Amendment No. 5 to the Prepetition 2L Financing Agreement, dated as of November 1, 2022.

35. Attached as **<u>Exhibit 30</u>** is a true and correct copy of that certain Amendment No. 6 to the Prepetition 2L Financing Agreement, dated as of March 7, 2023.

36. Attached as **<u>Exhibit 31</u>** is a true and correct copy of that certain forbearance agreement to the Prepetition 2L Financing Agreement, dated as of April 18, 2023.

37. Attached as **<u>Exhibit 32</u>** is a true and correct copy of that certain Guaranty and Collateral Agreement supplement to the Prepetition 2L Financing Agreement, dated as of April 20, 2023.

## III.    Intercreditor Agreement Documents

38. Attached as **<u>Exhibit 33</u>** is a true and correct copy of the subordination and intercreditor agreement by and between Blue Torch and GLAS USA LLC and GLAS AMERICAS LLC regarding the relative priority of their respective liens on the prepetition collateral (the "<u>Intercreditor Agreement</u>"), dated as of May 27, 2022.

39. Attached as **<u>Exhibit 34</u>** is a true and correct copy of that certain Amendment No. 1 to the Intercreditor Agreement, dated as of April 18, 2023.

40. Attached as **<u>Exhibit 35</u>** is a true and correct copy of that certain Amendment No. 2 to the Intercreditor Agreement, dated as of July 17, 2023.

41.    Attached as **<u>Exhibit 36</u>** is a true and correct copy of that certain Amendment

No. 3 to the Intercreditor Agreement, dated as of August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2023.

*/s/ James S. Feltman*
James S. Feltman
Chief Restructuring Officer