**Exhibit A**

**Definition of "First Lien Cap,"**
**(As Amended by First, Second, and Third Amendments to Intercreditor Agreement)**

"First Lien Cap" means the sum of:

(a) (i) an aggregate principal amount equal to (A) $69,600,000 plus (B) an amount equal to 120% of outstanding 2023 Incremental Revolving Loans (as defined in the First Lien Loan Agreement) (which amount shall not exceed 120% of $3,000,000)[1], plus (C) $4,635,490 (the initial principal amount of Additional Term Loans (as defined in the First Lien Loan Agreement) funded under the First Lien Documents) plus paid-in-kind interest thereon that is capitalized and added to the principal balance of the First Lien Obligations from time to time, plus (D) $2,500,000 (the fee incurred under the fee letter entered into in connection with the Additional Term Loans funded under the First Lien Documents, and which fee is added to the principal balance of the First Lien Obligations) plus paid-in-kind interest thereon that is capitalized and added to the principal balance of the First Lien Obligations, plus (E) $10,598,775 (the initial principal amount of Second Additional Term Loans (as defined in the First Lien Loan Agreement) funded under the First Lien Documents) plus paid-in-kind interest thereon that is capitalized and added to the principal balance of the First Lien Obligations from time to time, plus (F) $953,889.75 (the fee incurred under the fee letter entered into in connection with the Second Additional Term Loans funded under the First Lien Documents, and which fee is added to the principal balance of the First Lien Obligations) plus paid-in-kind interest thereon that is capitalized and added to the principal balance of the First Lien Obligations, minus (ii) any principal payments and prepayments of First Lien Term Loans and permanent revolving commitment reductions under the First Lien Documents (other than the termination of such revolving loan commitments in connection with a Refinancing thereof), plus

(b) (x) accrued but unpaid interest, commitment, facility, utilization, and other analogous fees and, if applicable, prepayment premiums, and (y) capitalized interest and/or fees in the amounts set forth on Schedule A hereof, in each case of (x) and (y), on the First Lien Obligations referred to in clause (a) above, plus

(c) all fees, expenses, premium (if any), reimbursement obligations, and other amounts of a type not referred to in clause (a) or (b) above payable in respect of the amounts referred to in clauses (a) or (b) above.

For purposes of this definition, all payments of First Lien Obligations will be deemed to be applied first to reduce the First Lien Obligations referred to in clause (a)(1) above and thereafter to reduce any Excess First Lien Obligations.

---

1.  **NTD**: Equal to a 20% cushion on total of $55MM of TL and $3MM of initial revolver and up to $3 million of 2023 expanded revolver.