## EXHIBIT A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> AN GLOBAL, LLC, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11294 (JKS) <br><br> (Jointly Administered) <br><br> Related Docket Nos 103, 164, 165, 179 |

**ORDER GRANTING MOTION OF CREDIT SUISSE MEXICO CREDIT OPPORTUNITIES FUND FOR LEAVE TO FILE AND SERVE CREDIT SUISSE MEXICO CREDIT OPPORTUNITIES FUND'S REPLY IN SUPPORT OF RESERVATION OF RIGHTS WITH RESPECT TO ENTRY OF FINAL DIP ORDER**

Upon the motion (the "Motion")[2] of Credit Suisse Mexico for entry of an order, pursuant to Local Rule 9006-1(d), authorizing Credit Suisse Mexico to file and serve the Reply; and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having authority to hear the matters raised in the Motion pursuant to 28 U.S.C. § 157; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the requested relief being a core proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion and opportunity for a hearing on the Motion having been given to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://kroll.com/AgileThought. The Debtors' address is 222 W. Las Colinas Boulevard, Suite 1650E, Irving, TX 75039.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion for Leave is GRANTED, as set forth herein.

2. Credit Suisse Mexico is granted leave to file a Reply, and such Reply shall be deemed timely filed.

3. This Court shall retain jurisdiction with respect to any and all matters, claims, rights, or disputes arising from or related to the implementation or interpretation of this Order.