# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AN GLOBAL, LLC, *et al.*,[1] | Case No. 23-11294 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 24, 2023 AT 10:00 A.M. (ET)[2]

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM FOR PARTICIPANTS MEETING THE BELOW CRITERIA:**

- Counsel for a party or a pro se litigant who files a responsive pleading and intends to make only a limited argument;

- A party or a representative of a party is interested in observing the hearing;

- A party is proceeding in a claims allowance dispute on a pro se basis;

- An individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or

- Other extenuating circumstances that warrant remote participation as may be determined by the Court.

**PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED
TO REGISTER BY 4:00 P.M. (ET) THE DAY PRIOR TO THE HEARING.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: AN Global LLC (5504); AgileThought, Inc. (2509); 4th Source Holding Corp. (9629); 4th Source Mexico, LLC (7552); 4th Source, LLC (7626); AgileThought BrasilConsultoria Em Tecnologia LTDA (01-42); AgileThought Brasil Servicos de Consultoria Em Software (01-20); AgileThought Costa Rica S.A. (6822); AgileThought Digital Solutions, S.A.P.I. de C.V. (3KR0); AgileThought México S.A. de C.V. (7E46); AgileThought, LLC (7076); AgileThought Servicios Administrativos, S.A. de C.V. (4AG1); AgileThought Servicios México S.A. de C.V. (8MY5); AgileThought, S.A.P.I. de C.V. (No Tax ID); AGS Alpama Global Services USA, LLC (0487); AN Data Intelligence, S.A. de C.V. (8I73); AN Extend, S.A. de C.V. (1D80); AN Evolution, S. de R.L. de C.V. (7973); AN USA (5502); AN UX, S.A. de C.V. (7A42); Cuarto Origen, S. de R.L. de C.V. (0IQ9); Entrepids México, S.A. de C.V. (OCYA); Entrepids Technology Inc. (No Tax ID); Facultas Analytics, S.A.P.I. de C.V. (6G37); Faktos Inc., S.A.P.I. de C.V. (3LLA); IT Global Holding LLC (8776); QMX Investment Holdings USA, Inc. (9707); AgileThought Argentina, S.A. (No Tax ID); AGS Alpama Global Services México, S.A. de C.V. (No Tax ID); Tarnow Investment, S.L. (No Tax ID); and Anzen Soluciones, S.A. de C.V. (No Tax ID). The Debtors' headquarters are located at 222 W. Las Colinas Boulevard, Suite 1650E, Irving, Texas 75039.

[2] All motions and other pleadings referenced herein are available online at the following address: http://kccllc.net/AgileThought.

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsce6qpj4pHsWMXRHnXs7V1SDHcWK1uSQ

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ADJOURNED MATTERS:**

1. Debtors' Motion for Entry of an Order Fixing Cure Amounts for Certain Contracts and Granting Related Relief [Docket No. 105 – filed September 15, 2023]

    Response/Objection Deadline:    September 27, 2023 at 4:00 p.m. (ET).

    Responses/Objections Received:

    A. Informal comments from Dell Financial Services

    B. Informal comments from Dell Leasing Mexico

    C. Informal comments from SAP Mexico, S.A. de C.V.

    D. Reservation of Rights of The Chubb Companies with Respect to the Debtors' Motion for Entry of: (I) an Order (A) Scheduling A Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Certain Bidding Procedures, Bidding Protections, and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (C) Authorizing The Debtors To Enter Into The Stalking Horse APA, and (D) Granting Related Relief; and (II) an Order (A) Approving Asset Purchase Agreement, (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [filed by Chubb Companies] [Docket No. 102 – filed September 15, 2023]

    E. Objection of Cigna to Debtors' Motion for Entry of an Order Fixing Cure Amounts for Certain Contracts and Granting Related Relief [Docket No. 138 – filed September 26, 2023]

    F. Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Motion for Entry of an Order Fixing Cure Amounts For Certain Contracts And Granting Related Relief [Docket No. 142 – filed September 27, 2023]

G. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Fixing Cure Amounts for Certain Contracts and Granting Related Relief [Docket No. 224 – filed October 6, 2023]

H. Objection and Reservation of Rights of SAP México S.A. de C.V. to the he Debtors' Motion to Fix Cure Amounts and to Potentially Assign Certain Executory Contracts [Docket No. 237– filed October 11, 2023]

I. Order Fixing Cure Amounts for Certain Contracts and Granting Related Relief [Docket No. 243 – entered October 16, 2023]

Related Documents: None.

Status: This matter is adjourned to the hearing scheduled for November 16, 2023 at 2:00 p.m. (ET) with respect to matters A-F and H above.

2. Application of the Debtors to Retain Deloitte Asesoría Financiera, S.C. to Provide Certain Management and Consulting Services to Agilethought Digital Solutions Sapi de CV, Anzen Soluciones Sa de CV, and Faktos Inc. Sapi de CV [Docket No. 97 – filed September 13, 2023]

Response/Objection Deadline: September 27, 2023 at 4:00 p.m. (ET); extended until October 2, 2023 at 6:00 p.m. for the Office of the United States Trustee.

Responses/Objections Received: Informal comments from the U.S. Trustee.

Related Documents: None.

Status: This matter is adjourned to the hearing scheduled for November 6, 2023 at 2:00 p.m. (ET).

3. Application for Entry for an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of September 12, 2023 [Docket No. 189 – filed October 3, 2023]

Response/Objection Deadline: October 17, 2023 at 4:00 p.m. (ET).

Responses/Objections Received: Informal comments from the U.S. Trustee.

Related Documents: None.

Status: A revised proposed order will be submitted under certification of counsel at later date. This matter is adjourned to the hearing scheduled for November 6, 2023 at 2:00 p.m. (ET).

4. Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP [Docket No. 190 – filed October 3, 2023]

   Response/Objection Deadline: October 17, 2023 at 4:00 p.m. (ET).

   Responses/Objections Received: Informal comments from the U.S. Trustee.

   Related Documents: None.

   Status: A revised proposed order will be submitted under certification of counsel at later date. This matter is adjourned to the hearing scheduled for November 6, 2023 at 2:00 p.m. (ET).

**MATTERS GOING FORWARD:**

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief [Docket No. 9 - filed August 28, 2023]

   Response/Objection Deadline: September 14, 2023 at 4:00 p.m. (ET); extended until September 27, 2023 at 4:00 p.m. (ET) for the Committee; extended until September 29, 2023 at 6:00 p.m. (ET) for the U.S. Trustee.

   Responses/Objections Received:

   A. Informal comments from the Committee.

   B. Informal comments from the U.S. Trustee.

   Related Documents:

   i. Declaration of James S. Feltman, Chief Restructuring Officer of the Debtors, in Support of First Day Relief [Docket No. 13 - filed August 28, 2023]

   ii. Interim Order (I) Authorizing the Debtors to (A) Continue Their Insurance Programs and (B) Pay Certain Obligations in Respect Thereof, and (II) Authorizing the Debtors' Financial Institutions to Honor and Process

4

        Checks and Transfers Related to Such Obligations [Docket No. 69 – entered August 31, 2023]

   iii.    Omnibus Notice of Second Day Hearing to be Held on October 4, 2023 at 2:00 P.M. (ET) [Docket No. 70 – filed August 31, 2023]

   iv.    Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief [Docket No. 216 – filed October 6, 2023]

   v.    Second Interim Order I) Authorizing Debtors to (A) Continue to Maintain Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief [Docket No. 222 – entered October 6, 2023]

   <u>Status</u>:    This matter is going forward. The Debtors intend to present a proposed third interim order in connection with this matter.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 12 – filed August 28, 2023]

   <u>Response/Objection Deadline</u>:    September 15, 2023 at 4:00 p.m. (ET); extended until September 19, 2023 at 6:00 p.m. (ET) for the U.S. Trustee; extended until September 20, 2023 at 10:00 a.m. for The Chubb Companies; and extended until October 27, 2023 at 4:00 p.m. (ET) for the Committee.

   <u>Responses/Objections Received</u>:

   A.    Informal comments from U.S. Trustee and the Committee

   B.    Informal comments from The Chubb Companies

   C.    Credit Suisse Mexico Credit Opportunities Fund's Reservation of Rights with Respect to Entry of Final DIP Order [Docket No. 103 – filed 9/15/2023]

D. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response to Credit Suisse Mexico Credit Opportunities Fund's Reservation of Rights With Respect to Entry of Final DIP Order [Docket No. 179 – filed October 3, 2023]

E. Motion for Leave to File and Serve Credit Suisse Mexico Credit Opportunities Funds Reply in Support of Reservation of Rights with Respect to Entry of Final DIP Order [Docket No. 194 – filed October 4, 2023]

Related Documents:

i. Declaration of James S. Feltman, Chief Restructuring Officer of the Debtors, in Support of First Day Relief [Docket No. 13 - filed August 28, 2023]

ii. Declaration of James S. Feltman in Support of the Debtors' DIP Financing Motion [Docket No. 14 - filed August 28, 2023]

iii. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 65 – entered August 30, 2023]

iv. Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 71 – filed August 31, 2023]

v. Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 139 – filed September 26, 2023]

vi. Supplemental Declaration of James S. Feltman in Support of the Debtors' DIP Financing Motion [Docket No. 163 – filed October 2, 2023]

vii. Response of Debtors to Credit Suisse Mexico Credit Opportunities Fund's Reservation of Rights With Respect to Entry of Final Dip Order [Docket No. 164 - filed October 2, 2023]

| | |
|---|---|
| viii. | Joinder to Debtors' Reply to Credit Suisse Mexico Credit Opportunities Fund's Reservation of Rights With Respect to Entry of Final DIP Order [Docket No. 165 – filed October 2, 2023] |
| ix. | Notice of Proposed Second Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 206 – filed October 5, 2023] |
| x. | Notice of Filing of Revised DIP Credit Agreement for the Proposed Second Interim DIP Order [Docket No. 208 – filed October 5, 2023] |
| xi. | Notice of Continued DIP Hearing [Docket No. 218 – filed October 6, 2023] |
| xii. | Notice of Filing of Further Revised DIP Credit Agreement for the Proposed Second Interim DIP Order [Docket No. 228 – filed October 10, 2023] |
| xiii. | Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition 1L Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 229 – filed October 10, 2023] |
| xiv. | Second Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Senior Secured Priming Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to the Prepetition 1L Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 232 – entered October 10, 2023] |
| xv. | Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 253 – filed October 18, 2023] |
| xvi. | Third Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 254 – entered October 18, 20232 |

<u>Status</u>: This matter is going forward. The Debtors intend to present a fourth interim order in connection with this matter. Consideration of the relief requested in the motion on a final basis is adjourned to the hearing scheduled for November 6, 2023 at 2:00 p.m. (ET).

Dated: October 20, 2023
      Wilmington, Delaware

Respectfully submitted,

*/s/ Gregory J. Flasser*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: jryan@potteranderson.com
        gflasser@potteranderson.com
        rmcneill@potteranderson.com
        srizvi@potteranderson.com

and

Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
Elizabeth A. Beitler
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
E-mail: katie.coleman@hugheshubbard.com
        chris.gartman@hugheshubbard.com
        jeff.margolin@hugheshubbard.com
        elizabeth.beitler@hugheshubbard.com

*Counsel for the Debtors and Debtors-in-Possession*