# Exhibit 1

## DIP Budget

# AN Global LLC - Case No. 23-11294 (JKS) (Judge J. Kate Stickles)

## 10+3-Period DIP Cash Flow

| ($USD 000s) | | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | 9 Actuals | 10 Actuals | 11 Fcst. | Fcst. | Fcst. | Post Petition Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Starting | 8/28/2023 | 9/1/2023 | 9/11/2023 | 9/18/2023 | 9/25/2023 | 10/1/2023 | 10/9/2023 | 10/16/2023 | 10/23/2023 | 11/1/2023 | 11/6/2023 | 11/13/2023 | 11/20/2023 | 8/28/2023 |
| | Period Ending | 8/31/2023 | 9/10/2023 | 9/17/2023 | 9/24/2023 | 9/30/2023 | 10/8/2023 | 10/15/2023 | 10/22/2023 | 10/31/2023 | 11/5/2023 | 11/12/2023 | 11/19/2023 | 11/26/2023 | 11/26/2023 |
| Beginning Cash Balance | | $ 2,577 | $ 4,648 | $ 2,129 | $ 7,129 | $ 4,720 | $ 4,142 | $ 5,199 | $ 5,230 | $ 5,231 | $ 5,369 | $ 6,717 | $ 3,000 | $ 3,000 | $ 2,577 |
| Collections (Net Reserves) | | $ 2,965 | $ 2,262 | $ 1,862 | $ 3,046 | $ 3,293 | $ 2,986 | $ 1,765 | $ 2,146 | $ 5,454 | $ 3,106 | $ 1,413 | $ 2,955 | $ 3,245 | $ 36,498 |
| Payroll | | $ (2,115) | $ (1,632) | $ (2,453) | $ (3,560) | $ (2,944) | $ (853) | $ (3,656) | $ (1,896) | $ (3,330) | $ (151) | $ (1,829) | $ (5,714) | $ (1,273) | $ (31,404) |
| Accounts Payables (Vendors) | | (10) | (315) | (51) | (102) | (70) | (148) | (97) | (201) | (542) | (500) | (1,112) | (377) | (151) | (3,674) |
| Factorer | | - | (726) | (49) | - | - | - | - | - | - | - | - | - | - | (776) |
| Insurance | | - | (6) | - | (8) | - | (6) | (104) | - | - | - | (49) | - | - | (173) |
| Taxes | | (134) | (40) | 97 | (748) | - | - | (46) | (400) | (1) | - | (30) | (78) | (755) | (2,134) |
| FX Rate variation | | 194 | (339) | 34 | (283) | (19) | 3 | 81 | (108) | (4) | 142 | (78) | (78) | (78) | (534) |
| Operating Disbursements | | $ (2,065) | $ (3,058) | $ (2,423) | $ (4,702) | $ (3,033) | $ (1,004) | $ (3,821) | $ (2,605) | $ (3,877) | $ (508) | $ (3,098) | $ (6,246) | $ (2,256) | $ (38,696) |
| Net Cash Flow from Operations | | $ 900 | $ (795) | $ (561) | $ (1,655) | $ 261 | $ 1,982 | $ (2,057) | $ (460) | $ 1,577 | $ 2,598 | $ (1,685) | $ (3,291) | $ 988 | $ (2,198) |
| Restructuring Expenses | | $ 11 | $ (1,276) | $ (700) | $ (750) | $ (755) | $ (913) | $ (1,426) | $ (866) | $ (841) | $ (1,245) | $ (877) | $ (1,735) | $ (773) | $ (12,147) |
| Severance | | - | (438) | (2) | (11) | (49) | (6) | (13) | (821) | (368) | (3) | (426) | - | - | (2,137) |
| Other | | 2 | (1) | (11) | (2) | (1) | (1) | (1) | (6) | 6 | (1) | (407) | (95) | (75) | (594) |
| Walmart LC | | - | - | - | - | - | - | - | - | - | - | - | (924) | - | (924) |
| Critical Vendors | | - | - | - | - | - | - | - | - | - | - | (200) | (200) | (600) | (1,013) |
| OCP | | 8 | - | (8) | - | (13) | (4) | - | (17) | (31) | - | (266) | (55) | (83) | (492) |
| Non-Bankruptcy Retained Professionals | | - | - | - | - | (20) | - | - | - | - | - | - | - | - | - |
| US Trustee Fees | | - | - | - | - | - | - | - | - | (206) | - | - | - | - | (206) |
| Financing (Disbursements) / Receipts | | $ 20 | $ (1,724) | $ (721) | $ (764) | $ (839) | $ (925) | $ (1,446) | $ (1,709) | $ (1,439) | $ (1,249) | $ (2,176) | $ (3,009) | $ (1,531) | $ (17,512) |
| Net Cash Flow | | $ 921 | $ (2,519) | $ (1,282) | $ (2,420) | $ (578) | $ 1,057 | $ (3,503) | $ (2,168) | $ 138 | $ 1,348 | $ (3,861) | $ (6,300) | $ (543) | $ (19,710) |
| Ending Cash Balance | | $ 3,498 | $ 2,129 | $ 847 | $ 4,710 | $ 4,142 | $ 5,199 | $ 1,696 | $ 3,062 | $ 5,369 | $ 6,717 | $ 2,856 | $ (3,300) | $ 2,457 | $ 2,457 |
| Cash Use of DIP | | 1,150 | - | 6,282 | - | - | - | 3,534 | 2,169 | - | - | 144 | 6,300 | 543 | $ 20,122 |
| Other Use of DIP | | 100 | - | - | - | - | - | 65 | - | - | 30 | - | - | - | $ 195 |
| Cummulative DIP Drawn | | 1,250 | 1,250 | 7,532 | 7,532 | 7,532 | 7,532 | 11,131 | 13,300 | 13,300 | 13,330 | 13,474 | 19,774 | 20,317 | |
| Revised Ending Cash Balance | | $ 4,648 | $ 2,129 | $ 7,129 | $ 4,710 | $ 4,142 | $ 5,199 | $ 5,230 | $ 5,231 | $ 5,369 | $ 6,717 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| Proposed DIP Financing (Max DIP Draw) | | $ 20,317 | | | | | | | | | | | | | |