# Exhibit 1

# DIP Budget

# AN Global LLC - Case No. 23-11294 (JKS) (Judge J. Kate Stickles)

## FINAL 11+2-Period DIP Cash Flow

| ($USD 000s) | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Post Petition Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Fcst. | Fcst. | |
| | Period Starting | 8/28/2023 | 9/1/2023 | 9/11/2023 | 9/18/2023 | 9/25/2023 | 10/1/2023 | 10/9/2023 | 10/16/2023 | 10/23/2023 | 10/11/2023 | 11/6/2023 | 11/13/2023 | 11/20/2023 | 8/28/2023 |
| | Period Ending | 8/31/2023 | 9/10/2023 | 9/17/2023 | 9/24/2023 | 9/30/2023 | 10/8/2023 | 10/15/2023 | 10/22/2023 | 10/31/2023 | 11/5/2023 | 11/12/2023 | 11/19/2023 | 11/26/2023 | 11/26/2023 |
| Beginning Cash Balance | | $ 2,577 | $ 4,648 | $ 2,129 | $ 7,129 | $ 4,720 | $ 4,142 | $ 5,199 | $ 5,230 | $ 5,231 | $ 5,369 | $ 6,726 | $ 7,120 | $ 3,000 | $ 2,577 |
| Collections (Net Reserves) | | $ 2,965 | $ 2,263 | $ 1,862 | $ 3,056 | $ 3,293 | $ 2,986 | $ 1,765 | $ 2,146 | $ 5,454 | $ 3,115 | $ 3,507 | $ 1,487 | $ 1,192 | $ 35,092 |
| Payroll | | $ (2,115) | $ (1,632) | $ (2,453) | $ (3,560) | $ (2,944) | $ (853) | $ (3,656) | $ (1,896) | $ (3,330) | $ (151) | $ (1,624) | $ (5,773) | $ (1,310) | $ (31,296) |
| Accounts Payables (Vendors) | | (10) | (315) | (51) | (102) | (70) | (148) | (97) | (201) | (542) | (500) | (373) | (549) | (793) | (3,750) |
| Factorer | | - | (726) | (49) | - | - | - | - | - | - | - | - | - | - | (776) |
| Insurance | | - | (6) | - | (8) | 0 | (6) | (104) | - | - | - | (2) | (47) | - | (173) |
| Taxes | | (134) | (40) | 97 | (748) | - | - | (46) | (400) | (1) | - | (30) | (77) | (755) | (2,133) |
| FX Rate variation | | 194 | (339) | 34 | (283) | (19) | 3 | 81 | (108) | (4) | 142 | 51 | (78) | (78) | (405) |
| Operating Disbursements | | $ (2,065) | $ (3,058) | $ (2,423) | $ (4,702) | $ (3,033) | $ (1,004) | $ (3,821) | $ (2,605) | $ (3,877) | $ (508) | $ (1,979) | $ (6,524) | $ (2,935) | $ (38,533) |
| Net Cash Flow from Operations | | $ 900 | $ (795) | $ (561) | $ (1,645) | $ 261 | $ 1,982 | $ (2,057) | $ (460) | $ 1,577 | $ 2,607 | $ 1,529 | $ (5,037) | $ (1,743) | $ (3,441) |
| Restructuring Expenses | | $ 11 | $ (1,276) | $ (700) | $ (750) | $ (755) | $ (913) | $ (1,426) | $ (866) | $ (841) | $ (1,245) | $ (831) | $ (1,781) | $ (773) | $ (12,147) |
| Severance | | - | (438) | (2) | (11) | (49) | (6) | (13) | (821) | (368) | (3) | (302) | (114) | - | (2,127) |
| Other | | 2 | (1) | (11) | (2) | (1) | (1) | (1) | (6) | 6 | (1) | (1) | (432) | (120) | (570) |
| Walmart LC | | - | - | - | - | - | - | - | - | - | - | - | (924) | - | (924) |
| Critical Vendors | | - | - | - | - | (13) | - | - | - | - | - | - | (200) | (200) | (413) |
| OCP | | 8 | (8) | (8) | (2) | (20) | (4) | (6) | (17) | (31) | - | (1) | - | - | (89) |
| Non-Bankruptcy Retained Professionals | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fees | | - | - | - | - | - | - | - | - | (206) | - | - | - | - | (206) |
| Financing (Disbursements) / Receipts | | $ 20 | $ (1,724) | $ (721) | $ (764) | $ (839) | $ (925) | $ (1,446) | $ (1,709) | $ (1,439) | $ (1,249) | $ (1,135) | $ (3,450) | $ (1,094) | $ (16,474) |
| Net Cash Flow | | $ 921 | $ (2,518) | $ (1,282) | $ (2,410) | $ (578) | $ 1,057 | $ (3,503) | $ (2,168) | $ 138 | $ 1,357 | $ 394 | $ (8,487) | $ (2,837) | $ (19,916) |
| Ending Cash Balance | | $ 3,498 | $ 2,129 | $ 847 | $ 4,720 | $ 4,142 | $ 5,199 | $ 1,696 | $ 3,062 | $ 5,369 | $ 6,726 | $ 7,120 | $ (1,367) | $ 163 | $ 163 |
| Cash Use of DIP | | 1,150 | - | 6,282 | - | - | - | 3,534 | 2,169 | - | - | - | 4,367 | 2,837 | 20,339 |
| Other Use of DIP | | 100 | - | - | - | - | - | 65 | - | - | 30 | - | - | - | 195 |
| Cummulative DIP Drawn | | 1,250 | 1,250 | 7,532 | 7,532 | 7,532 | 7,532 | 11,131 | 13,300 | 13,300 | 13,330 | 13,330 | 17,697 | 20,533 | 20,533 |
| Revised Ending Cash Balance | | $ 4,648 | $ 2,129 | $ 7,129 | $ 4,720 | $ 4,142 | $ 5,199 | $ 5,230 | $ 5,231 | $ 5,369 | $ 6,726 | $ 7,120 | $ 3,000 | $ 3,000 | $ 3,000 |
| DIP Financing (Max DIP Draw) | | $ 20,533 | | | | | | | | | | | | | |