# SIGN-IN SHEET

| CASE NAME: AN Global LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-11294 JKS | DATE: 2/8/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Dergensseccirey | Chipman Brown | Blue Torch Finnve LLC |
| Andrew Richmond | Pryor Cashman | Glas USA + Glas Americas |
| Siena Cerra | Morris James | Glas USA & Glas Americas |
| R. Stephen McNeill | Potter Anderson | Debtors |
| Greg Flasser | | '' |
| Benjamin Hackman | | U.S. Trustee |



# United States Bankruptcy Court
# District of Delaware

## Appearances before the Honorable Judge Janet K. Stickles

Thursday, February 8, 2024

01:00 PM

**23-11294-JKS AN Global LLC**

Diana P. Abril
via: Audio Only
Representing:
Debtors

Nova A. Alindogan
via: Audio Only
Representing:
Ropes & Gray LLP

Rick Archer
via: Audio Only
Representing:
Law360

Lindsay C. Barca
via: Video and Audio
Representing:
Ropes & Gray LLP

Elizabeth A. Beitler
via: Video and Audio
Representing:
Debtors

Gerardo Benitez
via: Video and Audio
Representing:
Debtor

Jessica Bonteque
via: Video and Audio
Representing:
Chubb Companies

Alexis Bramhall
via: Audio Only
Representing:
Nexxus Capital

Alexis Bramhall
via: Video and Audio
Representing:
Nexxus Capital

Carolyne Cesar
via: Video and Audio
Representing:

Kathryn A. Coleman
via: Video and Audio
Representing:
Debtors

Richard James Cooper
via: Video and Audio
Representing:
Nexxus Capital

James S. Feltman
via: Video and Audio
Representing:
Debtors

Robert Fitzgerald
via: Video and Audio
Representing:
Credit Suisse Mexico Credit Opportunities Fund

Gregg M. Galardi
via: Video and Audio
Representing:
Blue Torch Capital, LP

Christopher Gartman
via: Video and Audio
Representing:
Debtors

Clara E Geoghegan
via: Audio Only
Representing:
Law360/media

Sarah Harbuck
via: Audio Only
Representing:
KCC

Taylor Harrison
via: Audio Only
Representing:

Lauren Huber
via: Video and Audio
Representing:
Debtors

Thomas S. Kessler
via: Video and Audio
Representing:
Nexxus Capital

Thomas Labuda, Jr.
via: Video and Audio
Representing:
Investment Banker (Guggenheim) to the Debtors

Donald K. Ludman
via: Video and Audio
Representing:
SAP Mxico S.A. de C.V.

Ana G. Luna
via: Audio Only
Representing:

Scott Lyman
via: Video and Audio
Representing:

Jeffrey S. Margolin
via: Video and Audio
Representing:
Debtors

Israel N.
via: Video and Audio
Representing:
Self

Israel N.
via: Video and Audio
Representing:
Extend Solutions

Gabriela Perez Sierra
via: Video and Audio
Representing:
Special Counsel to the Debtors

Leanne Rehder Scott
via: Video and Audio
Representing:
Claims Agent (KCC)

Andrew Richmond
via: Video and Audio
Representing:
GLAS Americas

Colin R. Robinson
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Jose Rodrigo Duran
via: Video and Audio
Representing:
Special Counsel to the Debtors

Samantha Ruben
via: Video and Audio
Representing:
Guggenheim Securities LLC

Vince Sullivan
via: Audio Only
Representing:

Michael Tomback
via: Audio Only
Representing:

Rachel Lowy Werkheiser
via: Video and Audio
Representing:
USBC