# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| AN GLOBAL LLC, *et al.*,[1] | Case No. 23-11294 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 969** |

**ORDER AUTHORIZING APPLICATION OF DEBTORS TO RETAIN AND EMPLOY GRANT & EISENHOFER P.A. AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1, EFFECTIVE AS OF AUGUST 2, 2024**

Upon the application (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to 11 U.S.C. §§ 327(a) and 328(a) to retain and employ Grant & Eisenhofer P.A. ("G&E") as co-counsel effective as of August 2, 2024; and upon consideration of the Novod Declaration and the Carroll Declaration; and the Court having jurisdiction pursuant to sections 157 and 1334 of Title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of Title 28 of the United States Code; and the Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and the Court

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: AN Global LLC (5504); AgileThought, Inc. (2509); 4th Source, LLC (7626); AgileThought Brasil Servicos de Consultoria Em Software (01-20); AgileThought Digital Solutions, S.A.P.I. de C.V. (3KR0); AgileThought México S.A. de C.V. (7E46); AgileThought, LLC (7076); AGS Alpama Global Services USA, LLC (0487); AN Extend, S.A. de C.V. (1D80); AN Evolution, S. de R.L. de C.V. (7973); AN UX, S.A. de C.V. (7A42); Cuarto Origen, S. de R.L. de C.V. (0IQ9); Entrepids México, S.A. de C.V. (OCYA); Facultas Analytics, S.A.P.I. de C.V. (6G37); Faktos Inc., S.A.P.I. de C.V. (3LLA); IT Global Holding LLC (8776); Tarnow Investment, S.L. (No Tax ID); and Anzen Soluciones, S.A. de C.V. (No Tax ID). The Debtors' headquarters are located at 222 W. Las Colinas Boulevard, Suite 1650E, Irving, Texas 75039.

being satisfied, based on the representations made in the Application and the Novod Declaration that G&E does not represent or hold any interest adverse to the Debtors as to the matters upon which G&E has been and is to be employed, and that G&E is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and the Court having determined that the relief sought in the Application is in the best interest of the Debtors, their creditors, and all parties-in-interest; and this Court having determined that the legal and factual bases set forth in the Application, the Novod Declaration, and the Carroll Declaration establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Application is GRANTED as set forth herein.

2.  Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Debtors are hereby authorized and empowered to employ G&E as special litigation counsel in these Chapter 11 Cases on the terms set forth in the Application, the Engagement Letter, the Novod Declaration, and the Carroll Declaration, effective as of August 2, 2024.

3.  Pursuant with section 328 of the Bankruptcy Code, G&E shall be compensated in accordance with the procedures set forth in the Engagement Letter, and such other procedures as may be fixed by order of this Court.

4.  G&E shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.  G&E will make reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1,

2013, in connection with any interim and/or final fee application(s) to be filed by G&E in these Chapter 11 Cases.

5.  Notwithstanding anything to the contrary in the Application, G&E shall not seek reimbursement of expenses for office supplies or reimbursement of any fees or costs arising from the defense of any fee applications in these Chapter 11 Cases.

6.  The Debtors and G&E are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

7.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.  This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: September 4th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE