**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| AN GLOBAL LLC, *et al.*,[1] | Case No. 23-11294 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1249** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY APPLICATION OF HANCOCK ASKEW & CO., LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

The undersigned hereby certifies that they have received no answer, objection, or any other responsive pleading with respect to the *Thirteenth Monthly Application of Hancock Askew & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Advisor to the Debtors and Debtors in Possession for the Period February 1, 2025 Through February 28, 2025* [Docket No. 1249] (the "Application") of Hancock Askew & Co., LLP (the "Applicant"). The undersigned further certifies that they have reviewed the Court's docket in these cases and no formal answer, objection, or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: AN Global LLC (5504); AgileThought, Inc. (2509); 4th Source, LLC (7626); AgileThought Brasil Servicos de Consultoria Em Software (01-20); AgileThought Digital Solutions, S.A.P.I. de C.V. (3KR0); AgileThought México S.A. de C.V. (7E46); AgileThought, LLC (7076); AGS Alpama Global Services USA, LLC (0487); AN Extend, S.A. de C.V. (1D80); AN Evolution, S. de R.L. de C.V. (7973); AN UX, S.A. de C.V. (7A42); Cuarto Origen, S. de R.L. de C.V. (0IQ9); Entrepids México, S.A. de C.V. (OCYA); Facultas Analytics, S.A.P.I. de C.V. (6G37); Faktos Inc., S.A.P.I. de C.V. (3LLA); IT Global Holding LLC (8776); Tarnow Investment, S.L. (No Tax ID); and Anzen Soluciones, S.A. de C.V. (No Tax ID). The Debtors' headquarters are located at 222 W. Las Colinas Boulevard, Suite 1650E, Irving, Texas 75039.

[2] Pursuant to the Interim Compensation Order, parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 169] (the "Interim Compensation Order"), the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: April 15, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ James R. Risener III*<br>Jeremy W. Ryan (No. 4057)<br>Gregory J. Flasser (No. 6154)<br>James R. Risener III (No. 7334)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  jryan@potteranderson.com<br>gflasser@potteranderson.com<br>jrisener@potteranderson.com<br><br>and<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jeffrey S. Margolin<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email:  katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

# EXHIBIT A

## AN Global, LLC, *et al*.
## Case No. 23-11294 (JKS)

**Professional Fees and Expenses**
**Monthly Fee Application**

| APPLICANT & DOCKET NO. | TIME PERIOD COVERED | FEES & EXPENSES REQUESTED IN APPLICATION | FEES & EXPENSES ALLOWED/ AWARDED | DATE APPLICATION FILED | OBJECTION DEADLINE |
|---|---|---|---|---|---|
| Hancock Askew & Co., LLP  [Docket No. 1249] | 02/01/2025 - 02/28/2025 | $56,932.00 (Fees)  $0.00 (Expenses) | $45,545.60 (Fees at 80%)  $0.00 (Expenses at 100%) | 3/25/2025 | 4/14/2025 |

IMPAC - 12174977v.1  4/15/2025 4:22 PM