## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| AN GLOBAL LLC, *et al.*,[1] | Case No. 23-11294 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 1486** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1486

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the document listed below:

- *Chapter 11 Monthly Operating Report* [Docket No. 1486]

*Remainder of page intentionally left blank.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: AN Global LLC (5504); AgileThought, Inc. (2509); 4th Source, LLC (7626); AgileThought Brasil Servicos de Consultoria Em Software (01-20); AgileThought Digital Solutions, S.A.P.I. de C.V. (3KR0); AgileThought México S.A. de C.V. (7E46); AgileThought, LLC (7076); AGS Alpama Global Services USA, LLC (0487); AN Extend, S.A. de C.V. (1D80); AN Evolution, S. de R.L. de C.V. (7973); AN UX, S.A. de C.V. (7A42); Cuarto Origen, S. de R.L. de C.V. (0IQ9); Entrepids México, S.A. de C.V. (OCYA); Facultas Analytics, S.A.P.I. de C.V. (6G37); Faktos Inc., S.A.P.I. de C.V. (3LLA); IT Global Holding LLC (8776); Tarnow Investment, S.L. (No Tax ID); and Anzen Soluciones, S.A. de C.V. (No Tax ID). The Debtors' headquarters are located at 222 W. Las Colinas Boulevard, Suite 1650E, Irving, Texas 75039.

12224974

| | |
|---|---|
| Dated: December 22, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ James R. Risener III*<br>Jeremy W. Ryan (No. 4057)<br>Gregory J. Flasser (No. 6154)<br>James R. Risener III (No. 7334)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>E-mail:  jryan@potteranderson.com<br>gflasser@potteranderson.com<br>jrisener@potteranderson.com<br><br>and<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jeffrey S. Margolin<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email:  katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

12224974